IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MAURICE ANTIONE HALL, #1621177 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20cv52 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Initial Report and Recommendation of the Magistrate Judge contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for summary judgment (Dkt. #11). The Report (Dkt. #14) was presented for consideration, and no objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's motion for summary judgment (Dkt. #11) is **DENIED**.

**SIGNED this 23rd day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE